```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hopeton Prendergast,

                Plaintiff,

-against-

Cynthia Brann et al.,

                Defendants.

1:20-cv-09418 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court has been informed today by a representative of North Infirmary Command ("NIC"), where Plaintiff currently is housed, that NIC is unable to accommodate the telephone conference scheduled for tomorrow, July 21, 2021. Accordingly, it is hereby Ordered that the conference is adjourned until Wednesday, August 4, 2021 at 10:00 a.m.

Defendants' counsel must: (1) send this Order to the Warden (or other official in charge of NIC) immediately; (2) contact NIC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
              July 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge