UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hopeton Prendergast,<br><br>               Plaintiff,<br><br>-against-<br><br>Cynthia Brann et al.,<br><br>               Defendants. | 1:20-cv-09418 (AT) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, it is hereby Ordered as follows:

1. The deadline for the completion of discovery is November 2, 2021.

2. Upon stipulation of Defendants' counsel, any transcripts of depositions of Defendants' witnesses taken in the similar case of *Lee v. Dept. of Corrections et al.*, No. 20-cv-08407, may be used in this action. Defendants shall provide copies of such transcripts to Plaintiff when they become available.

3. Defendants' counsel shall file a letter on September 30, 2021 regarding the status of discovery.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               August 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge