```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hopeton Prendergast,

                          Plaintiff,

    -against-

Cynthia Brann et al.,

                          Defendants.

1:20-cv-09418 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall file his opposition to Defendants' motion for summary judgment (ECF No. 37) no later than April 29, 2022. Failure to do so will result in the Court deciding the motion on Defendants' motion papers only. If Plaintiff files an opposition, Defendants shall file any reply no later than May 13, 2022.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               March 30, 2022

_____
STEWART D. AARON
United States Magistrate Judge