**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HOPETON PRENDERGAST,

                Plaintiff,

-against-                      20 **CIVIL** 9418 (AT)(SDA)

                            **JUDGMENT**

COMMISSIONER CYNTHIA BRANN, et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2023, the R&R is ADOPTED in its entirety. Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      February 1, 2023

                                              **RUBY J. KRAJICK**

                                                _____
                                                   **Clerk of Court**

               **BY:**            *K. mango*

                                                   _____
                                                   **Deputy Clerk**