```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| HOPETON PRENDERGAST, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/26/2023 |

HOPETON PRENDERGAST,

        Petitioner,

-against-                                      20 Civ. 9418 (AT)

DEPARTMENT OF CORRECTIONS,          **ORDER**

        Defendant.

ANALISA TORRES, District Judge:

        The Clerk of Court is directed to mail a copy of the report and recommendation and amended report and recommendation of the Honorable Stewart D. Aaron, ECF Nos. 49–50, the Court's order adopting the report and recommendation of Judge Aaron, ECF No. 51, and the clerk's judgment, ECF No. 52, to Plaintiff *pro se* at the following address: Hopeton Prendergast, NYSID 06403378L, 6600 State Route 96 Caller Box 400, Romulus, NY 14541.

        Further, the Clerk of Court is directed to update Plaintiff's address on CM/ECF with the following address: Hopeton Prendergast, NYSID 06403378L, 6600 State Route 96 Caller Box 400, Romulus, NY 14541.

        SO ORDERED.

Dated: July 26, 2023
       New York, New York

                                                                 ANALISA TORRES
                                                    United States District Judge